UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
WENZHEN GAO,                                                           :
                                                                       :
                        Plaintiff,                                     :
                                                                       :          25 Civ. 3075 (JPC)
            -v-                                                        :
                                                                       :          ORDER
CITIBANK N.A., *et al.*,                                               :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 16, 2025, Plaintiff served Defendant The Goldman Sachs Group, Inc. ("Goldman") with copies of the Summons and Complaint. Dkt. 9. Goldman's deadline to respond to the Complaint was therefore May 7, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Goldman. Accordingly, the Court extends *sua sponte* Goldman's deadline to respond to the Complaint until June 6, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Goldman was served with the Summons and Complaint. Plaintiff is further directed to file proof of such service by May 14, 2025.

SO ORDERED.

Dated: May 12, 2025
       New York, New York                                  _____
                                                           JOHN P. CRONAN
                                                           United States District Judge