UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
WENZHEN GAO,                                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :
              -v-                                                      :   25 Civ. 3075 (JPC)
                                                                       :
CITIBANK N.A., *et al.*,                                               :   ORDER
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 4, 2025, the Court extended Defendant Goldman Sachs Bank USA's ("GS Bank") deadline to respond to the Complaint to July 7, 2025. Dkt. 36. Although GS Bank requested, and was granted, leave to move to compel arbitration, GS Bank did not request that its answer deadline be adjourned pending resolution of that motion or that the deadline be otherwise extended. *See* Dkts. 51, 54. Nor is a motion to compel arbitration one that is brought under Federal Rule of Civil Procedure 12, such that GS Bank's time to respond to the Complaint is automatically adjourned under Rule 12(a)(4).

Accordingly, the Court *sua sponte* extends GS Bank's answer deadline to August 18, 2025.

SO ORDERED.

Dated: August 11, 2025
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge