# Morgan Lewis

**Lauren Michelle McCabe**
Senior Attorney
+1.212.309.6172
lauren.mccabe@morganlewis.com

> The request is granted. The Court will consider GS Bank's motion, Dkts. 61-63, to be timely filed.
>
> SO ORDERED
> August 21, 2025
> New York, New York
>
> _[signature]_
> JOHN P. CRONAN
> United States District Judge

August 21, 2025

**VIA ECF**

Hon. John P. Cronan, District Court Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>*Gao v. Citibank, N.A., et al.*</u>, Civil Action No. 1:25-cv-03075-JPC

Dear Judge Cronan:

We represent Defendant Goldman Sachs Bank USA ("GS Bank"), erroneously named as The Goldman Sachs Group, Inc., in the above-referenced matter. We write pursuant to Your Honor's Individual Rules and Practices in Civil Cases to respectfully request an extension of time to file GS Bank's Motion to Compel Arbitration. GS Bank's current deadline to respond to the allegations in the Complaint is August 20, 2025 (*see* Dkt. No. 54), and GS Bank respectfully requests that this deadline be extended until August 21, 2025. GS Bank requires additional time due to unexpected technical issues that prevented filing last night. This is GS Bank's first request for an extension, and this request does not affect any other scheduled dates in this matter. Counsel for GS Bank contacted Plaintiff's counsel to request consent but did not receive a response before filing this letter. Apologies to the Court and to all parties for any inconvenience.

We thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Lauren McCabe*
Lauren McCabe

cc: All counsel of record (via ECF).

DB1/ 161750803.1

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY 10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001