# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| WENZHEN GAO a/k/a WEN GAO<br>a/k/a WEN ZHEN GAO,<br>       Plaintiff,<br><br>    vs.<br><br>CITIBANK N.A.; THE GOLDMAN SACHS GROUP, INC.; CAPITAL ONE FINANCIAL CORPORATION; AMERICAN EXPRESS COMPANY; TRANS UNION LLC a/k/a TRANSUNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC;<br>       Defendants. | CASE NO. 1:25-cv-03075-JPC<br>ECF Case<br><br>**DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MEET AND CONFER REGARDING SETTLEMENT** |

COME NOW, Defendant Trans Union LLC ("Trans Union"), by and through counsel, and files this Unopposed Motion requesting leave to appear remotely, via video conference, at the Meet and Confer regarding settlement, and would respectfully show the Court as follows:

1.      On September 12, 2025, the Court issued a Case Management Plan and Scheduling Order (the "Order"). *See* ECF No. 79.

2.      Pursuant to the Court's Order, the parties are to meet and confer in person to discuss settlement within fourteen (14) days following the close of fact discovery, making the meet and confer deadline January 19, 2026.

3.      Trans Union requests its counsel, Camille R. Nicodemus, Esq. and Nermy J. Winner, Esq., be allowed to participate remotely via video conference means.

4.      Trans Union's counsel is located in Indianapolis, Indiana. Counsel's travel expenses and costs would be significant, and in an attempt to keep such costs and fees at a

minimum (thus better facilitating the likelihood of settlement of this matter), counsel respectfully requests that they be permitted to appear via remote means at the parties' meet and confer.

5.      No party will be prejudiced by this request, and this relief has not been requested for delay.

6.      Trans Union assures the Court that counsel for Trans Union will fully participate in good faith and appearing remotely will not prejudice the parties nor will it hinder Trans Union's ability to fully engage in settlement discussions.

7.      Trans Union conferred with counsel for Plaintiff and Co-Defendants, and they do not object to this request.

WHEREFORE, Defendant Trans Union LLC respectfully requests that its counsel be allowed to participate remotely in the upcoming meet and confer.


Date: <u>December 16, 2025</u>                    Respectfully submitted,


                                        <u>/s/ Camille R. Nicodemus</u>
                                        Camille R. Nicodemus, Esq.
                                        Quilling, Selander, Lownds, Winslett & Moser, P.C.
                                        10333 North Meridian Street, Suite 200
                                        Indianapolis, IN  46290
                                        Telephone:  (317) 497-5600, Ext. 601
                                        Fax:  (317) 899-9348
                                        E-Mail:  cnicodemus@qslwm.com

                                        *Counsel for Defendant Trans Union LLC*

                                        Joshua A. Stiers, Esq.
                                        Trans Union LLC
                                        555 West Adams Street
                                        Chicago, IL  60661
                                        Telephone:  (765) 401-4230
                                        E-Mail:  Joshua.stiers@transunion.com

                                        *Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of December, 2025**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Maria G. Garber, Esq.<br>mgarber@petroffamshen.com | Serge F. Petroff, Esq.<br>spetroff@petroffamshen.com |
| Jacquelyn N. Schell, Esq.<br>schellj@ballardspahr.com | Lauren Brown, Esq.<br>brownln@ballardspahr.com |
| Brian C. Frontino, Esq.<br>Brian.frontino@morganlewis.com | Lauren McCabe, Esq.<br>Lauren.mccabe@morganlewis.com |
| Blaec C. Croft, Esq.<br>bcroft@mcguirewoods.com | Philip A. Goldstein, Esq.<br>pagoldstein@mcguirewoods.com |
| Brian Kim, Esq.<br>bkim@steptoe.com | Lauren H. Kim, Esq.<br>lkim@jonesday.com |
| Forrest Seger, Esq.<br>tseger@clarkhill.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of December, 2025**, properly addressed as follows:

| | |
|---|---|
| None | |

/s/Camille R. Nicodemus
Camille R. Nicodemus, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 601
Fax:  (317) 899-9348
E-Mail:  cnicodemus@qslwm.com

*Counsel for Defendant Trans Union LLC*