**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)**

---

WENZHEN GAO a/k/a WEN GAO
a/k/a WEN ZHEN GAO,
　　　　Plaintiff,

　　vs.

CITIBANK N.A.; THE GOLDMAN SACHS
GROUP, INC.; CAPITAL ONE FINANCIAL
CORPORATION; AMERICAN EXPRESS
COMPANY; TRANS UNION LLC a/k/a
TRANSUNION; EXPERIAN INFORMATION
SOLUTIONS, INC.; and EQUIFAX
INFORMATION SERVICES LLC;
　　　　Defendants.

CASE NO. 1:25-cv-03075-JPC
ECF Case

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MEET AND CONFER REGARDING SETTLEMENT**

---

Defendant Trans Union LLC, by counsel, having filed its Motion for Leave to Appear Remotely at the Meet and Confer regarding settlement, AND THE COURT, having been duly advised, NOW FINDS, that the same should be granted.

IT IS HEREBY ORDERED that Defendant Trans Union LLC's counsel is granted leave to appear remotely at the parties Meet and Confer set for January 19, 2026.

DATED this 17th day of ____December____ 2025.

_____
JUDGE, United States District Court,
Southern District of New York