UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

WENZHEN GAO a/k/a WEN GAO a/k/a WEN ZHEN   :
GAO,                                            :

                  Plaintiff,             :

             -v-                             :             25 Civ. 3075 (JPC)

                                              :

CITIBANK N.A., *et al.*,                      :              <u>ORDER</u>

                                              :

               Defendants.          :

                                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for Plaintiff Wenzhen Gao, Defendant Citibank, N.A., and Defendant Goldman Sachs Bank USA are ordered to appear before the undersigned for a conference on March 30, 2026, at 2:00 p.m., to discuss those Defendants' motions to compel arbitration and stay the proceedings. *See* Dkts. 52, 61. At the scheduled time, the parties should call (855) 244-8681, access code 2302 755 2307.

       SO ORDERED.

Dated:  March 28, 2026
         New York, New York                          JOHN P. CRONAN
                                         United States District Judge