UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
WENZHEN GAO a/k/a WEN GAO a/k/a WEN ZHEN    :
GAO,                                          :
:
Plaintiff,              :
:
-v-                     :          25 Civ. 3075 (JPC)
:
CITIBANK N.A., *et al.*,                       :          ORDER
:
Defendants.             :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at today's conference, the Court denies Defendant Citibank, N.A.'s and

Defendant Goldman Sachs Bank USA's motions to compel arbitration and stay proceedings

without prejudice to re-filing such motions by May 1, 2026. Plaintiff Wenzhen Gao's oppositions

to the motions are due on May 29, 2026, and Defendants' replies, if any, are due on June 12, 2026.

The Court extends all discovery deadlines between Gao, Citibank, N.A., and Goldman Sachs Bank

USA until August 28, 2026. The Clerk of Court is respectfully directed to close Docket Numbers

52 and 61.

SO ORDERED.

Dated: March 30, 2026
New York, New York                    JOHN P. CRONAN
United States District Judge