UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wenzhen Gao a/k/a Wen Gao a/k/a Wen Zhen Gao,<br><br>Plaintiff,<br><br>-against-<br><br>Citibank N.A.; The Goldman Sachs Group, Inc.; Capital One Financial Corporation; American Express Company; Trans Union LLC a/k/a TransUnion; Experian Information Solutions, Inc.; and Equifax Information Services LLC,<br><br>Defendants. | Case No.: 1:25-cv-03075-JPC<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff Wenzhen Gao a/k/a Wen Gao a/k/a Wen Zhen Gao (Plaintiff"), by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Defendant The Goldman Sachs Group, Inc., and states as follows:

1.      A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

2.      The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences as they pertain to The Goldman Sachs Group, Inc. and request that the Court provide that the parties may seek to reopen the matter for forty-five (45) days to ensure that the Agreement is executed, and all terms of settlement have been consummated.

Dated: Brooklyn, New York
       May 8, 2026

                    **PETROFF AMSHEN LLP**
                    *Attorneys for Plaintiff Wenzhen Gao a/k/a Wen Gao*
                    *a/k/a Wen Zhen Gao,*

*/s/ Maria G. Garber*
Maria G. Garber, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Tel: (718) 336-4200
Email: MGarber@petroffamshen.com