UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
 :
WENZHEN GAO a/k/a WEN GAO a/k/a WEN ZHEN  :
GAO,  :
 :
               Plaintiff,  :
 :
       -v-  :              25 Civ. 3075 (JPC)
 :
CITIBANK N.A., *et al.*,  :             ORDER
 :
             Defendants.  :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The deadline for all fact discovery between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") was May 15, 2026. *See* Dkt. 105. By June 8, 2026, Plaintiff and Experian must submit a joint status letter advising the Court as to whether they request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether they plan to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event either party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

      SO ORDERED.

Dated: June 3, 2026
      New York, New York          _____
                         JOHN P. CRONAN
                     United States District Judge