UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                :

WENZHEN GAO a/k/a WEN GAO a/k/a WEN ZHEN  :
GAO,
                                :

               Plaintiff,          :

                                :

           -v-             :          25 Civ. 3075 (JPC) (OTW)

                                :

CITIBANK N.A., *et al.*,             :          ORDER OF REFERENCE

                                :          TO A MAGISTRATE

              Defendants.     :          JUDGE

                                :

-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      This action is referred to the Ona T. Wang for the following purposes:

☐    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐    Specific Non-Dispositive Motion/Dispute:

_____

☐    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

_____

☐    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐    Habeas Corpus

☐    Social Security

☒    Settlement

☐    Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion:

☐    Inquest After Default/Damages Hearing

_____

SO ORDERED.

Dated: June 9, 2026
      New York, New York        _____
                                 JOHN P. CRONAN
                         United States District Judge