UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENZHEN GAO A/K/A WEN GAO A/K/A WEN ZHEN GAO,<br><br>                                                    Plaintiff,<br><br>                 -against-<br><br>CITIBANK N.A.; THE GOLDMAN SACHS GROUP, INC.; CAPITAL ONE FINANCIAL CORPORATION; AMERICAN EXPRESS COMPANY; TRANS UNION LLC A/K/A TRANSUNION; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES LLC,<br><br>                                                    Defendants. | Case No.: 1:25-CV-03075-JPC<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff Wenzhen Gao and Defendant Citibank N.A. ("Citibank"), that the above-captioned action is voluntarily dismissed, with prejudice, against Citibank, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

Dated: July 20, 2026

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff Wenzhen Gao*

_____
Serge F. Petroff, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336- 4200
Email: Spetroff@petroffamshen.com

**BALLARD SPAHR LLP**
*Attorneys for Citibank N.A.*

_____
Aleksandr Altshuler, Esq.
1675 Broadway. 19th Floor
New York, New York 10019
Telephone: (646) 346-8008
Email: AltshulerA@ballardspahr.com