UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENZHEN GAO a/k/a WEN GAO a/k/a WEN ZHEN GAO,

Plaintiff,

-v-

CITIBANK N.A., *et al.*,

Defendants.

---

25 Civ. 3075 (JPC)

ORDER OF DISMISSAL

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle in this case. Accordingly, it is ordered that Plaintiff's claims against Experian are dismissed without costs and without prejudice to renewing the claims, provided the application is made within forty-five days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after forty-five days from the date of this Order may be denied solely on that basis. If Plaintiff and Experian wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Experian as a Defendant and close this case.

SO ORDERED.

Dated: August 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge